

Entered on Docket
May 16, 2011

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher K. Lezak, Esq. SBN 11185
Sherry A. Moore, Esq. SBN 11215                E-filed: 5/4/2011
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, HSBC Bank USA, National Association, as Trustee for Credit Suisse First Boston ARMT 2004-5 PMSR, its assignees and/or successors, and the servicing agent Americas Servicing Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-23799-mkn |
| | ) |
| Melissa Leone Zimbelman | ) Chapter  7 |
| Christopher Lee Zimbelman, | ) |
| | ) DATE:   10/27/10 |
| Debtors. | ) TIME:    01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

   Secured Creditor, HSBC Bank USA, National Association, as Trustee for Credit Suisse First Boston ARMT 2004-5 PMSR, its assignees and/or successors, and the servicing agent Americas Servicing Company ("Movant"), and Melissa Leone Zimbelman and Christopher Lee Zimbelman, Debtors, represented by counsel Ryan Alexander, Esq. before this Court on the date,

*Rev. 12.09*                                                               M&H File No NV-10-32953
                                                                                          10-23799-mkn

time and place set forth above, before the Honorable Mike N. Nakagawa, Judge presiding and stipulated to the Adequate Protection Order entered with the Court on 11/30/2010.

Per said stipulation, "If this case is converted to a Chapter 7 proceeding the automatic stay shall be terminated; or the automatic stay is terminated as a matter of law, the repayment terms of this Order shall immediately cease in effect and become null and void." The Debtors voluntarily converted to a Chapter 7 proceeding on 4/20/2011

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 4229 Terrapin Mountain Avenue, Las Vegas, NV 89129.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.
Kristin A. Schuler-Hintz, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
(702) 685-0329

Approved/Disapproved

Served via Certificate of Service of *Proposed Order*
Ryan Alexander, Esq.
520 South 4th Street, Suite 340
Las Vegas, NV 89101
(702) 868-3311

Approved/Disapproved

Served via Certificate of Service of *Proposed Order*
Rick A. Yarnall
701 Bridger Avenue, #820
Las Vegas, NV 89101

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: Ryan Alexander – served via Certificate of Service of *Proposed Order*

Unrepresented parties appearing: None

Trustee: No Appearance at Hearing; No additional Service required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.
Kristin A. Schuler-Hintz, Esq.

*Rev. 12.09*                                                                                   M&H File No NV-10-32953
                                                                                                              10-23799-mkn

1
2                                             ###
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29